Massa Constr., Inc. v Meaney (2023 NY Slip Op 00547)

Massa Constr., Inc. v Meaney

2023 NY Slip Op 00547

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CENTRA, LINDLEY, CURRAN, AND WINSLOW, JJ.

632/22 CA 21-01650

[*1]MASSA CONSTRUCTION, INC., PLAINTIFF-APPELLANT,
v
JAMES MEANEY, ALSO KNOWN AS THE GENEVA BELIEVER, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

BARCLAY DAMON LLP, ROCHESTER (MARK T. WHITFORD, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT.
GREENBERG TRAURIG, LLP, ALBANY (MICHAEL J. GRYGIEL OF COUNSEL), AND CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC, ITHACA (CHRISTINA N. NEITZEY OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Ontario County (Brian D. Dennis, A.J.), entered November 1, 2021. The order awarded counsel fees in favor of defendant in the total amount of $46,253.00. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 6 and 19, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court